# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-599-JAK-8 |
| Plaintiff, ) | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO SEAL DOCUMENT DKT. 798 |
| v. ) | |
| RICHARD CENISEROZ (#8), ) | |
| Defendant. ) | |
| _____ ) | |

THIS COURT HAVING CONSIDERED DEFENDANT RICHARD CENISEROZ'S Ex Parte Application To Seal Document Number 798, the order is granted and the clerk is directed to permanently seal Document Number 798.

DATED: March 22, 2016    _____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE